ORIGINAL

# In the United States Court of Federal Claims

Pro Se

FILED

FEB - 6 2018

U.S. COURT OF
FEDERAL CLAIMS

|  |  |
|---|---|
| DENNIS J. HUELBIG, JR., ) | |
| ) | No. 16-1650T |
| Plaintiff, ) | (Filed: February 6, 2018) |
| ) | |
| v. ) | |
| ) | |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## DISMISSAL ORDER

Plaintiff Dennis Huelbig, Jr., acting pro se, filed a complaint in this Court on December 15, 2016. Docket No. 1. The government filed several motions for enlargements of time in which to respond to Mr. Huelbig's complaint, which the Court granted. See Docket Nos. 6–13. On June 8, 2017, Mr. Huelbig filed a response to one of these motions. Docket No. 14. Since that time, Mr. Huelbig has not submitted any additional filings to the Court.

Meanwhile, on June 14, 2017, the government filed a motion to partially dismiss the case and for a more definite statement. Docket No. 15. As indicated, Mr. Huelbig failed to file a response. On October 6, 2017, the Court granted the government's motion and ordered Mr. Huelbig to file an amended complaint containing a more definite statement and to pay the court's filing fee. Docket No. 17. The Clerk of Court attempted to mail a copy of this order to Mr. Huelbig at the address listed in his previous filings, see id.; however, the package was returned as undeliverable, see Docket No. 18. Mr. Huelbig also failed to respond to telephone calls placed by chambers in an attempt to obtain his updated address.

7016 3010 0000 4308 3853

2

Thereafter, on January 5, 2018, the Court ordered Mr. Huelbig to show cause within thirty days why his complaint should not be dismissed pursuant to Rules of the Court of Federal Claims (RCFC) 41(b) for failure to comply with the court's rules or to prosecute the case. Docket No. 19. Mr. Huelbig has not responded to the show cause order. Accordingly, the case is **DISMISSED** without prejudice for failure to prosecute, pursuant to RCFC 41(b).

**IT IS SO ORDERED.**

ELAINE D. KAPLAN
Judge