ORIGINAL

# In the United States Court of Federal Claims

Pro Se

FILED
JUN 28 2018
U.S. COURT OF
FEDERAL CLAIMS

|  |  |
|---|---|
| DENNIS J. HUELBIG, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) | No. 16-1650T <br> (Filed: June 28, 2018) |

## ORDER

Plaintiff has moved the Court to voluntarily dismiss this case pursuant to Rule 41 of the Rules of the Court of Federal Claims (RCFC). Docket No. 29. The government does not oppose the motion. Docket No. 30. Accordingly, Plaintiff's motion is **GRANTED**, and the case is dismissed without prejudice. Further, the Court notes that under RCFC 41(d)(1), "[i]f a plaintiff who previously dismissed an action in any court files an action based on or including the same claim against the defendant, the court . . . may order the plaintiff to pay all or part of the costs of that previous action."

The Clerk is directed to enter judgment accordingly.

**IT IS SO ORDERED.**

_____
ELAINE D. KAPLAN
Judge